Writer's E-mail
nmasnica@grgblaw.com

October 2, 2026

The Honorable Brett H. Ludwig
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re: *United States of America v. Ankurkumar Bhanubhai Patel*
Case No. 25-cr-155

Dear Judge Ludwig:

The above-referenced matter is scheduled for a sentencing hearing on October 6, 2026, at 9:00 AM. Enclosed for review are nine letters in support of Mr. Patel written by his family and friends.

Thank you for your consideration.

Very truly yours,

NICOLE M. MASNICA

May 27, 2026

**To Whom It May Concern**

I am writing this letter to formally vouch for the character and integrity of

**Mr. Ankurkumar Bhanubhai Patel**, whom I have known personally for the past 20 years.

Our relationship began through my wife; Ankurkumar is the brother of a close family friend. Over two decades of knowing him as both a family friend and a business owner, I have observed his conduct closely. He has consistently displayed the highest qualities of honesty, integrity, and personal responsibility.

A defining testament to his character is his deep dedication to his loved ones. He takes care of his family exceptionally well, including his parents, showing profound respect, care, and responsibility for their well-being. This same level of reliability and devotion translates directly into how he conducts his business operations and handles his personal endeavors. Even when navigating complex or stressful challenges, he has consistently responded with resilience, maturity, and a strict adherence to ethical standards.

Furthermore, Ankurkumar has consistently demonstrated a strong commitment to his community, reflecting a deep sense of civic duty and respect for others. I hold his conduct and moral character in the highest regard and firmly believe him to be a trustworthy, responsible, and law-abiding individual.

Please feel free to contact me at the phone number or email address listed below should you require any further information or clarification regarding this matter.

Thank you for your time and consideration.

Sincerely,

**Himansu Patel**

**himansukpatel@gmail.com**

**630-965-3033**

Jatin R Patel
777 US Highway 10E
Detroit Lakes, MN 56501
701-361-6633
jatind023@hotmail.com

5/28/2026

Letter of Good Character for Ankur B Patel

Dear Honorable Judge,

My name is Jatin R. Patel, and I own a motel in Detroit Lakes, Minnesota. I am writing to speak to the good character of my cousin, Ankur B. Patel, whom I have known all my life, beginning with my first trip to India in 1986.

Ankur is a caring and dependable person who is deeply devoted to his family, community, and temple. He is known for honoring his commitments with integrity and for being someone others can rely on in times of need.

From a young age, Ankur took on significant responsibility for his parents and sisters. Through hard work and determination, he worked two jobs to help meet his family's needs and prevent unnecessary hardship. He continues to support his sisters and their children to this day. His actions reflect both resilience and sincere care for the people he loves.

Ankur's devotion to his family and children is inspiring, and he consistently puts them first. Through his honesty, loyalty, and compassion, he has taught me a great deal. During difficult times in my life, he supported and encouraged me to stay strong. He also treated my late father as if he were his own and repeatedly went out of his way to help him.

This situation is highly uncharacteristic of Ankur and difficult to reconcile with the person I

have known all my life. In my view, he has learned from this experience, and his absence would be a loss to both his family and the community.

If you need any additional information, please feel free to contact me.

Sincerely,

Jatin R Patel

**Dharmesh Ghelani**
Franklin, Wisconsin
August 31, 2026

**The Honorable Brett Ludwig**
C/O Attorney Patrick Campbell
Gimbel, Reilly, Guerin & Brown, LLP
330 E. Kilbourn Ave., Suite 1170 Milwaukee, WI
53202

**Dear Judge Ludwig:**

My name is Dharmesh Ghelani, and I am writing this letter on behalf of Mr. Ankur Patel. I am a businessman and the owner of multiple retail pharmacies and fast-food restaurants in Milwaukee and Franklin, Wisconsin.

I have known Ankur for approximately 20 years. He is the brother of my wife's best friend, and over the many years that I have known him, I have come to know him as a kind, generous, and dependable person. He has a strong sense of responsibility and duty toward his family and his community, which I believe reflects his good moral character.

Ankur and I also volunteer at the BAPS Swaminarayan Temple in Pewaukee, Wisconsin. Through our involvement there, I have personally witnessed his sincere dedication to his faith and his willingness to help others without expecting anything in return. He has frequently contributed his time and resources by providing free food and supplies for Temple events and assisting wherever help is needed.

Throughout the many years I have known Ankur, I have found him to be trustworthy, reliable, honest, and respectful. In my experience, he is a person of good moral character who cares deeply about his family and community.

I respectfully ask the Court to consider granting Mr. Patel probation and the opportunity to move forward. I sincerely believe that he may have been a victim of a scam, and I hope the Court will take into consideration the person I have known him to be for the past 20 years. I believe that allowing him this opportunity would enable him to continue fulfilling his responsibilities to his family and serving his community.

I offer my sincere support for Ankur and respectfully ask the Court to consider my observations of his character when making its decision.

Thank you for your time and consideration.

**Sincerely,**

Ghelani

**Dharmesh Ghelani**
Franklin, Wisconsin, (Cell ) 630-624-3545

Dr Jayant Hirpara

Brookfield, Wisconsin

June 7, 2026

The Honorable Brett Ludwig

C/O Attorney Patrick Campbell

Gimbel,Rielly,Guerin & Brown,LLP

330 E Kilbourne Ave , Ste 1170

Milwaukee, Wi 53202

Your Honor :

My name is Dr Jayant Hirpara , I am an Internal Medicine Physician at AURORA WEST ALLIS MEDICAL CENTER,MILWAUKEE WISCONSIN. I am writing this letter on behalf of Mr Ankur Patel.

I know Mr Ankur since last 20 years as he is brother of my wife's best friend. He is always kind and generous to others. He has a strong sense of duty which makes him good person towards his family and community. I and Ankur volunteer in same BAPS Swaminarayan Temple, Pewaukee, Wisconsin. I witness his true dedication towards spirituality and willingness to help others selflessly by providing free food and supplies to Temple events frequently.

I vouch him all the time I know, Ankur has been trustworthy, reliable and decent person. From my perspective he comes as a person of good moral character.

I request your Honor to give Mr Ankur Patel a Probation time as I have a strong feeling that he is one of the victim of the scam. This chance will give him an opportunity to serve his duty continuously towards his family and community.

Sincerely

Dr Jayant Hirpara, MD

414-379-7501

Rima Patel

Oak creek, Wisconsin

May 28, 2026

The Honorable Brett Ludwig

c/o Attorney Patrick Campbell

Gimble, Rielly ,Guerin & Brown,LLP

330 E Kilbourne Ave , Ste 1170

Milwaukee WI 53202

Your Honor:

My name is Rima Patel, I am Respiratory Therapist , working in Froedtert Hospital, Milwaukee, Wisconsin. I am writing this letter on behalf of my brother Mr Ankur Patel.

Ankur is my younger brother, we are united family of four siblings with two older sister. We immigrated to United States in 1999.Despite of being a youngest in family he worked hard for us to survive in a foreign country with innumerable hurdles and challenges. Working with three different jobs in different field he managed to enroll me in Respiratory Therapy program in Collage of DuPage, Illinois. He had to leave his School Study. As a result, of that sacrifice I am proudly working as Respiratory therapist today.

After the demise of my father , being only son he is taking care of my mother who is 72 years old. He is wonderful father of two children, beloved husband and devoted son. At the Same time he is a spiritual human being.

I request honorable judge to pardon him so he can support our mother ,his family and continue to serve community selflessly.

Respecfully

R. Patel

Rima Patel

414-699-6146

Mrs. Neha Patel
Brookfield, Wisconsin
September 1, 2026

The Honorable Brett Ludwig
C/O Attorney Patrick Campbell
Gimbel, Reilly, Guerin & Brown, LLP
330 E. Kilbourn Ave., Suite 1170
Milwaukee, WI 53202

Dear Your Honor:

My name is Neha Patel, and I am the wife of Mr. Ankur Patel. We have been married for 15 years, and I am writing this letter in enthusiastic and sincere support of his request for a pardon.

I am fully aware of the conviction that brings this matter before you, and I respect the decisions of the court. However, I would like to provide a true and complete picture of the person Ankur has become and the way he lives his life today. He has worked hard to rebuild his life, demonstrate accountability, and provide for our family.

Over the years, Ankur has taken constructive responsibility for managing his retail business while also making our family a priority. He regularly takes our children to and from school and makes time to take them to their extracurricular activities, including games and dance activities after school. He has learned from his past mistake and has worked hard to find a healthy balance between his professional responsibilities and his responsibilities as a husband and father.

Ankur has also renewed his spiritual journey. He regularly attends the Hindu Temple of Wisconsin in Pewaukee approximately two to three times a week and actively participates in temple activities. He has developed a meaningful connection with the temple community and with Priest Mr. Jagdishacharya. His renewed involvement in his faith has been an important part of his personal growth and has helped him remain grounded and focused on being a better person, husband, father, and member of the community.

I have seen firsthand the changes Ankur has made in his life. He understands the seriousness of his past actions and has accepted responsibility for his mistakes. More importantly, he has demonstrated through his everyday actions that he is committed to moving forward in a positive and responsible way.

Granting this pardon would mean an incredible amount to our family. It would remove a persistent barrier to his employment and civic life and would allow him to contribute even more fully to our community and provide greater opportunities for our family. I know Ankur to be a reliable partner, a devoted father, and a person of integrity who has learned from his past mistakes and genuinely strives to do better.

I respectfully ask that you consider the person Ankur is today, the positive changes he has made, and the commitment he has shown to his family, faith, work, and community when reviewing his request for a pardon.

Thank you very much for your time, consideration, and fairness in reviewing this matter.

Sincerely,

Mrs. Neha Patel

(cell) 218-251-8489

Vipul Patel

Oakcreek Wisconsin

May 27, 2026

The Honorable Brett Ludwig

C/O Attorney Patrick Campbell

Gimbel,Rielly,Guerin & Brown,LLP

330 E Kilbourne Ave , Ste 1170

Milwaukee, Wi 53202

Your Honor :

My name is Vipul Patel , I am a Pharmacist. I am Self Employed and owner of Midtown Pharmacies in Milwaukee area. I am writing this letter on behalf of Mr Ankur Patel, who is my Brother in Law.

I got married in 2006 and immigrated to USA. Ankur is my wife's only younger brother, that's how we got in relationship as brother in law. I have had previlage of knowing Ankur for 20 years of my life and I can confidently say he is the most kindhearted, dependable and hardworking person I have ever known.

Throughout our lives Ankur has consistently demonstrated his unwavering commitment to family, friends and community. Even though being a youngest sibling in family , he often took on leadership roles supporting elder sibling and old parents in times of need . His natural ability to provide guidance coupled with his remarkable patience has always been strength of family

Ankur is loving family member, having a hardworking wife and two beautiful kids. He always focus on his kid's education as has strong beliefs about making society educated and well mannered. Ankur is also responsible and dedicated professional as he owned and managed convenient store and Hotel business.

Beyond his professional life Ankur is deeply involved in volunteering in BAPS Temple, Pewaukee Wisconsin and Wisconsin Hindu Temple, Pewaukee Wisconsin.

I truly believe that Ankur Patel is one of Victim in this Scam and I request honorable judge that he deserves one chance of getting probation so he can be with his family and continues to serve the community.

Sincerely,

V K Patel

Vipul Patel

414-949-6512

Prakunj Patel
Wingate, NC

May 17, 2026

The Honorable Brett Ludwig
c/o Attorney Patrick Campbell
Gimbel, Reilly, Guerin & Brown, LLP
330 E Kilbourn Ave, Ste 1170
Milwaukee, WI 53202

**Re:** *United States of America v. Ankurkumar Patel*
Case Nos. 25-CR-155, 26-CR-75

Your Honor:

My name is Prakunj Patel. I live in Wingate, North Carolina, and I am self-employed. I am writing this letter on behalf of my longtime friend, Ankur Patel, whom I have known for almost thirty years.

Ankur and I first met in 1996 through a mutual friend, though our families were already connected before that—our fathers had been friends for many years. Not long after we met, I helped Ankur get hired at my first job, a Wendy's, where we worked together for about a year. From that point on, our friendship continued even as our lives took us to different states. I moved to North Carolina in 2008. Ankur later moved to Ohio and bought a convenience store, then sold it and moved to Minnesota to run a hotel, and about three years ago moved to Wisconsin and bought another convenience store. Through all of those moves, we have stayed in close contact for almost thirty years.

I understand that Ankur has been found guilty in the above matters and that Your Honor must now sentence him. I am not writing to question the court's decision or to make excuses for him. I am writing only to share with the court the Ankur I have known for almost three decades, so that he is not seen only through the lens of these cases.

One of my earliest memories of Ankur goes back to our days working at Wendy's. I did not have a car at the time, and Ankur lived in a different direction from the restaurant. Even when our schedules did not line up, he would go out of his way and drive specifically to pick me up and take me to work. He never asked for gas money. He never made me feel like I owed him anything. He simply showed up. That has been the pattern of his character for as long as I have known him.

Over the years, that same quality has shown itself again and again in ways that matter much more than a ride to work. When my mother passed away, Ankur was there. He came to the funeral and was a real source of support for me and my family during one of the hardest times of my life. He is not the kind of friend who only calls when things are easy. He shows up when it counts.

Our friendship has also grown into a friendship between our families. I attended his baby shower in Chicago, and I know both of his children well. He never misses my kids' birthdays—he calls, he sends greetings, and over the years he has surprised them with thoughtful gifts. Our group of friends makes a point of getting together at least once a year, either in North Carolina or wherever Ankur has been living, and that tradition has continued for nearly three decades. When I made the difficult decision to move to North Carolina in 2008, Ankur was one of the people who called regularly to check on me.

That same character has also shown itself in his service to his community and his faith. Ankur has been actively involved with the 22 Gam Samaj community for many years, frequently sponsoring and volunteering at its events. He has also volunteered his time at the Hindu temple. These are not things he does for recognition. He does them because he believes in giving back, and because faith and community have always been central to who he is.

In his personal life, Ankur is a devoted husband, a loving father, a dependable son and brother, and a loyal friend. The conduct that brings him before the court is not consistent with the man I have known for the better part of my adult life. I am not excusing it, and I know the court cannot either. But I do believe, with everything I have seen of him over almost thirty years, that it does not define him.

I respectfully ask that the court consider his nearly three decades of good character, his service to his community and faith, his role as a husband and father, and the man he has been to those around him, and impose the most lenient sentence available under the law.

Thank you for taking the time to read this letter and for considering my words.

Respectfully,

Prakunj Patel
Wingate, NC
(630) 670-5004

Mrs. Ushaben Patel
Brookfield, Wisconsin
September 1, 2026

The Honorable Brett Ludwig
c/o Attorney Patrick Campbell
Gimble, Reilly, Guerin & Brown, LLP
330 E. Kilbourn Ave., Suite 1170
Milwaukee, WI 53202

Honorable Judge Ludwig:

My name is Ushaben Patel. I am the widowed mother of Mr. Ankur Patel. I am writing this letter wholeheartedly on behalf of my son, Ankur, to speak about his exceptional character, integrity, compassion, and strong work ethic. As his mother, I have had the unique privilege of watching him grow from a thoughtful young boy into a responsible, kind, and dependable man.
I immigrated to the United States in 1999 with my husband and our three children. We worked hard to build a life in this country, raise our children, and provide them with better educational opportunities. I am very proud of all three of my children and the lives they have built.

Ankur has always been willing to make personal sacrifices for his family. At a young age, he worked three labor-intensive jobs to help support our family and to help his sisters attend college and build successful professional careers. He ultimately put his own college education aside because he felt a responsibility to help our family financially. That decision was difficult, but it demonstrated the selflessness and sense of responsibility that I have seen throughout his life.
Throughout his life, Ankur has consistently demonstrated deep empathy and concern for others. I remember when he purchased a motel in northern Minnesota. He went out of his way to help one of his employees relocate from Ohio to Minnesota and settle into a new community. To me, this was a clear reflection of his character. He is someone who does not simply think about himself; he tries to help people around him and takes responsibility when others need support.

Ankur is also a hardworking and determined person. In his work and community activities, he has always tried to show up on time, work hard, treat people with respect, and take responsibility for his actions. He does not shy away from difficult work, and he has always tried to overcome challenges through perseverance and determination.

I am especially proud of the father he has become. Ankur is the father of two beautiful children, a son and a daughter, and he takes his responsibilities to his family very seriously. His children depend on him, and he deeply loves and cares for them.
I know that Ankur made a serious mistake, and I do not excuse or minimize it. I have seen firsthand how deeply he regrets what happened. There have been many times when he has cried in front of me, his widowed mother, expressing genuine remorse and wishing that he could undo his actions. I believe his regret is sincere, and I believe this experience has caused him to reflect deeply on his choices and responsibilities.
As his mother, I respectfully ask the Court to consider the person Ankur has been throughout his life, the sacrifices he has made for his family, the responsibilities he carries as a father, his sincere remorse, and his potential to continue contributing positively to his family and community.

I humbly ask the Honorable Court to show him mercy and, if the Court finds it appropriate, to grant him probation and an opportunity to demonstrate through his actions that he has learned from this experience. I believe that allowing Ankur to remain with and support his family would give him the opportunity to make amends, continue caring for his children, and serve his community in a positive way.
Thank you, Your Honor, for taking the time to read my letter and for considering my words as a mother who loves her son and believes deeply in his ability to learn, grow, and do better.

Respectfully,

Ushaben Patel
216-820-0766

# GUJARATI SAMAJ OF WISCONSIN
## 1023 W HISTORIC MITCHELL STREET
## MILWAUKEE, WI 54204
## PH: 414-384-8030


May 19, 2026

**To Whom It May Concern:**

Gujarati Samaj of Wisconsin responsible to conduct various cultural and religious programs in Milwaukee, Wisconsin. Our organization has over 400 active members. Our organization also helps needy people in many different ways.

As per our record Mr. Ankurkumar Bhanubhai Patel – resident of 3830 Richland Parkway, Unit 203, Brookfield, Wi 53045 is an active member of our organization. Mr. Patel offers great amount of financial and volunteer help to our organization. During his four years of service, we find him very energetic, hard-working and always ready to help individuals. Mr. Ankurbhai Bhanubhai Patel is great asset to our community.

Yours Sincerely

Neil Modi
Treasurer
Gujarati Samaj of Wisconsin