# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**SENTENCING MINUTES: 25-cr-0155-bhl**
**DISMISSAL OF INDICTMENT: 26-cr-0075-bhl**

**ANKURKUMAR BHANUBHAI PATEL**

---

HONORABLE BRETT H. LUDWIG presiding
Proceeding Held: October 6, 2026
Deputy Clerk: Julie D.

Time Called: 9:14 a.m.
Time Concluded: 10:40 a.m.
Court Reporter: T. Malkiewicz

**Appearances:**

UNITED STATES OF AMERICA by: Peter J. Smyczek

ANKURKUMAR BHANUBHAI PATEL in person and by: Nicole Masnica

U.S. PROBATION OFFICE by: Daniel E. Dragolovich

---

☒ The parties have no objections to the factual statements in the PSR subject to the clarifications made on the record by defense counsel.

☒ The Court adopts the factual statements and guideline application as set forth in the PSR subject to the clarifications made on the record by defense counsel.

☒ The parties have no objections to the application of the guidelines in the PSR.

---

☒ The government presents sentencing argument: 85 months

☒ Defendant exercises right of allocution.

☒ The government dismisses Count Two of the Indictment.

☒ The defendant presents sentencing argument: probation or 24–36 months' incarceration

☒ The Court imposes sentence.

☒ Defendant advised of appeal rights.

---

The government moved for an additional one-level decrease pursuant to U.S.S.G. §3E1.1(b) because the defendant timely notified authorities of his intention to enter a plea of guilty. The Court granted the motion.

Two victims spoke to the Court in open court.

**SENTENCE IMPOSED:**

**Imprisonment:** eighty-four (84) months

**Supervised Release:** three (3) years

**MONETARY PENALTIES**

**Special Assessment:** $ 100.00 due immediately

**Fine:** $ ______ ☒ fine waived

**Restitution:** $ 1,356,830.96

**FORFEITURE**

☐ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☐ The Court recommends the defendant's placement at _____.
☐ The Court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☐ Other: _____.

**CUSTODY**

☐ The defendant is remanded to the custody of the U.S. Marshal Service.
☒ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☒ on or after 90 days from today's date or January 4, 2027

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.
☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Conditions of Supervision** set forth in the presentence investigation report without change.

**The Court dismissed the Indictment in 26-cr-0075 pursuant to the plea agreement.**